FILED

MAR 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8227

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Jose ENCINAS-Huitron | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about March 13, 2008, within the Southern District of California, defendant Jose ENCINAS-Huitron did knowingly and intentionally import approximately 8.36 kilograms (18.39 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14TH, DAY OF MARCH 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Jose ENCINAS-Huitron

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Behm.

On March 13, 2008, at approximately 1645 hours, Jose ENCINAS-Huitron entered the United States at the Calexico, California, East Port of Entry. ENCINAS was the driver and sole occupant of a 2002 Dodge Neon. The primary inspector, Customs and Border Protection Officer (CBPO) D. Montero noticed that the glove box was empty and there was only one key on the key ring in the ignition. The primary officer referred the vehicle to the secondary lot for closer examination.

In the vehicle secondary lot, a canine inspection of the vehicle was performed by CBPO McGee. The canine alerted and responded to the passenger door of the vehicle.

A subsequent inspection of the vehicle revealed several packages in a non-factory compartment in the dashboard. One of the packages was probed by CBPO Iniguez and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 8 packages had a combined net weight of approximately 8.36 kilograms (18.39 pounds).

ENCINAS was placed under arrest and advised of his rights, per Miranda, by Immigration and Customs Enforcement Special Agent T. Behm, which ENCINAS acknowledged and waived, agreeing to answer questions. ENCINAS admitted knowledge of controlled substances in the vehicle.